UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**THE CHARLES SCHWAB CORPORATION**,

       Plaintiff,                                 No.C **13-02244** (EDL)

       v.                                        RECUSAL ORDER

**BANK OF AMERICA CORPORATION**

       Defendants.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for all civil proceedings. The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: May 22, 2013

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge