1  Neal A. Potischman (SBN 254862)
   Julie S. Epley (SBN 252632)
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, California 94025
   Telephone: (650) 752-2000
4  Facsimile:  (650) 752-2111
   neal.potischman@davispolk.com
5  julie.epley@davispolk.com

6  Attorneys for Defendants
   BANK OF AMERICA CORPORATION;
7  BANK OF AMERICA, N.A.

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST, <br><br>            Plaintiffs, <br><br>   v. <br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL | Case No. 13-cv-2244-PJH <br><br>**NOTICE OF APPEARANCE OF JULIE S. EPLEY** <br><br>Hon. Phyllis J. Hamilton |

| | |
|---|---|
| 1 | ASSOCIATION; LLOYDS BANKING         ) |
| | GROUP PLC; HBOSPLC; ROYALBANK   ) |
| 2 | OF CANADA;  THE NORINCHUKIN         ) |
| | BANK; THE ROYAL BANK OF                 ) |
| 3 | SCOTLAND GROUP PLC; UBS AG;         ) |
| | PORTIGON AG (f/k/a WESTLB AG); and ) |
| 4 | WESTDEUTSCHE IMMOBILIENBANK  ) |
| | AG,                                                                ) |
| 5 |                                                                       ) |
| |                        Defendants.                          ) |
| 6 |                                                                       ) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Julie S. Epley of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of defendants Bank of America Corporation and Bank of America, N.A. (collectively, "Bank of America").  Bank of America respectfully requests that all pleadings and other documents be addressed to and served upon Julie S. Epley using the contact information set forth below.

    Julie S. Epley
    Davsi Polk & Wardwell LLP
    1600 El Camino Real
    Menlo Park, California 94025
    Telephone:      (650) 752-2000
    Facsimile:       (650) 752-2111
    Email:             julie.epley@davispolk.com

| | |
|---|---|
| 1   Dated:  May 28, 2013 | Respectfully submitted, |
| 2 | DAVIS POLK & WARDWELL LLP |
| 4 | By:  /s/ Julie S. Epley |
| 5 | Neal A. Potischman (SBN 254862)<br>Julie S. Epley (SBN 252632)<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Telephone: (650) 752-2000<br>Facsimile:  (650) 752-2111<br>neal.potischman@davispolk.com<br>julie.epley@davispolk.com |
| 10 | Attorneys for Defendants<br>BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA, N.A. |

3