1    Richard M. Heimann (State Bar No. 063607)
     Eric B. Fastiff (State Bar No. 182260)
2    Brendan P. Glackin (State Bar No. 199643)
     Marc A. Pilotin (State Bar No. 266369)
3    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     275 Battery Street, 29th Floor
4    San Francisco, CA 94111-3339
     Telephone: (415) 956-1000
5    Facsimile: (415) 956-1008
     E-mail:  rheimann@lchb.com
6             efastiff@lchb.com
              bglackin@lchb.com
7             mpilotin@lchb.com

8    Steven E. Fineman (State Bar No. 140335)
     Michael J. Miarmi
9    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
     250 Hudson Street, 8th Floor
10   New York, NY 10013-1413
     Telephone: (212) 355-9500
11   Facsimile: (212) 355-9592
     E-mail:  sfineman@lchb.com
12            mmiarmi@lchb.com

13   Lowell Haky (State Bar No. 178526)
     *Vice President and Associate General Counsel*
14   THE CHARLES SCHWAB CORPORATION
     211 Main Street
15   San Francisco, CA 94105-1905
     Telephone: (415) 667-0622
16   Facsimile: (415) 667-1638
     E-mail:  Lowell.Haky@schwab.com
17
     *Attorneys for Plaintiffs*
18

19                 **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
20                        **OAKLAND DIVISION**

21

22   THE CHARLES SCHWAB CORPORATION,        Case No. CV 13-2244 PJH
     *et al.*,
23
                                             **PLAINTIFFS' OPPOSITION TO**
24                       Plaintiffs,         **DEFENDANTS' NOTICE**
             v.                              **REGARDING RELATED CASE**
25
     BANK OF AMERICA CORPORATION, *et al.*,   The Honorable Phyllis J. Hamilton
26                                            Courtroom 3, 3rd Floor
                         Defendants.
27

28

1    Civil Local Rule 3-13(a) provides that whenever a party knows or learns that an action

2   filed or removed to this District "involves all or a material part of the same subject matter and all

3   or substantially all of the same parties as another action which is pending in any other federal or

4   state court," the party "must promptly file with the Court in the action pending before this Court

5   and serve all opposing parties in the action pending before this Court with a Notice of Pendency

6   of Other Action or Proceeding."  Defendants' Notice of Removal filed in this case on May 16,

7   2013 includes a "Notice Regarding Related Case," in which Defendants contend that this action

8   "is related to a series of previously filed lawsuits that were consolidated by the Judicial Panel on

9   Multidistrict Litigation in a proceeding before Judge Naomi Reice Buchwald of the United States

10   District Court for the Southern District of New York."  Notice of Removal, Dkt. No. 1, at 12.

11   Defendants further state:

12          Plaintiffs' claims here—which allege that an improper suppression
            of U.S. Dollar LIBOR resulted in depressed payments under
13          financial instruments—are substantially similar to claims based on
            the same factual allegations that have been asserted against the
14          same defendants in the cases that are part of the MDL before Judge
            Buchwald.  Indeed, Plaintiffs' original actions were before the
15          MDL and contained federal causes of action that were dismissed by
            Judge Buchwald on March 29, 2013.  Defendants intend to request
16          that this Action be transferred to Judge Buchwald as a 'tag along'
            case related to the existing MDL in the Southern District of New
17          York.

18   *Id.*  The thrust of Defendants' Notice, then, is that Plaintiffs' claims in this case are substantively

19   similar to those in pending multidistrict proceedings before Judge Buchwald in the Southern

20   District of New York, *In re LIBOR-Based Financial Instruments Antitrust Litigation*, No. 11 MD

21   2262 (NRB) (the "*LIBOR MDL*") and Defendants "intend to request" that this case be transferred

22   to the *LIBOR MDL* as a "tag along" action.

23          As an initial matter, it is unclear whether Defendants intend their "Notice Regarding

24   Related Case" to constitute a Notice of Pendency of Other Action or Proceeding, in accordance

25   with Rule 3-13.  In an abundance of caution, Plaintiffs submit this opposition under Rule 3-13.

26   *See* Civil L.R. 3-13(c) ("No later than 14 days after service of a Notice of Pendency of Other

27   Action, any party may file with the Court a statement supporting or opposing the notice.").

28          With respect to the substance of Defendants' Notice, while Plaintiffs do not dispute that

1   Plaintiffs' claims in this case arise from the same factual allegations as claims by these same

2   Plaintiffs, and certain other plaintiffs, in the *LIBOR MDL*, Plaintiffs respectfully request that this

3   Court refrain from issuing any order regarding whether this case is related to cases pending in the

4   *LIBOR MDL* or whether this case should be transferred to the *LIBOR MDL*, in light of

5   (1) Plaintiffs' pending Administrative Motion to Consider Whether Cases Should be Related,

6   filed in *Schwab Money Market Fund, et al. v. Bank of America Corp., et al.*, Case No. CV 11-

7   4186 MEJ (N.D. Cal.), on May 30, 2013 (the "Motion to Relate Cases"); and (2) Plaintiffs'

8   forthcoming motion to remand this case back to California state court.

9          As detailed in the Motion to Relate Cases—which is attached, for this Court's

10   convenience, as <u>Exhibit A</u> to the accompanying Declaration of Eric B. Fastiff—this case is

11   related to three LIBOR-related actions filed by these Plaintiffs in this District in August 2011:

12          • *Schwab Money Market Fund, et al. v. Bank of America Corp., et al.*, No. CV 11-

13             4186 MEJ (N.D. Cal.) (the "Schwab Money Market Fund Action");

14          • *Charles Schwab Bank, N.A., et al. v. Bank of America Corp., et al.*, No. CV 11-

15             4187 MEJ (N.D. Cal.) (the "Schwab Bank Action"); and

16          • *Schwab Short-Term Bond Market Fund, et al. v. Bank of America Corp., et al.*,

17             No. CV 11-4271 MEJ (N.D. Cal.) (the "Schwab Bond Fund Action").

18          Having initially been assigned to the Honorable Elizabeth Laporte (the Schwab Money

19   Market Fund Action and the Schwab Bank Action) and to the Honorable Donna Ryu (the Schwab

20   Bond Fund Action), those cases (referred to collectively as the "Preceding Schwab Federal

21   Actions") were reassigned to the Honorable Maria-Elena James.  *See* Related Case Order dated

22   September 13, 2011, Dkt. No. 21 in the Schwab Money Market Fund Action.  The Preceding

23   Schwab Federal Actions were later transferred under 28 U.S.C. § 1407 to the *LIBOR MDL* "for

24   coordinated or consolidated pretrial proceedings."  *In re LIBOR-Based Fin. Instruments Antitrust*

25   *Litig.*, MDL No. 2262, 2011 U.S. Dist. LEXIS 106128, at *1 (J.P.M.L. Sept. 14, 2011).

26          In light of that procedural history, and given that the claims in this case arise from the

27   same factual allegations as the claims in the Preceding Schwab Federal Actions, Plaintiffs

28   recently filed an Administrative Motion to Consider Whether Cases Should be Related, in

PLAINTIFFS' OPPOSITION TO DEFENDANTS'
NOTICE REGARDING RELATED CASE
CASE NO. CV 13-2244 PJH

1  accordance with Civil Local Rule 3-12.  By that motion, Plaintiffs request that this case be

2  deemed related to the Preceding Schwab Federal Actions and assigned to Magistrate Judge

3  James.

4      Plaintiffs also will file shortly a motion to remand this case back to California state court.

5  Plaintiffs will argue that because federal subject-matter jurisdiction does not exist over the claims

6  in this case—which Plaintiffs filed in California Superior Court in San Francisco after Judge

7  Buchwald in the *LIBOR MDL* declined to exercise supplemental jurisdiction over them pursuant

8  to 28 U.S.C. § 1367—remand is warranted.

9      Accordingly, Plaintiffs respectfully request that, pending resolution of Plaintiffs' Motion

10  to Relate Cases and their forthcoming motion to remand this case to California state court, this

11  Court refrain from issuing any order regarding whether this case is related to cases pending in the

12  *LIBOR MDL* or whether this case should be transferred to the *LIBOR MDL*.

13

14  Dated:  May 30, 2013                    Respectfully submitted,

15                                          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

16

17                                          By:____/s/ *Eric B. Fastiff*_____
                                                    Eric B. Fastiff
18

19                                          Richard M. Heimann (State Bar No. 063607)
                                            Eric B. Fastiff (State Bar No. 182260)
20                                          Brendan P. Glackin (State Bar No. 199643)
                                            Marc A. Pilotin (State Bar No. 266369)
21                                          275 Battery Street, 29th Floor
                                            San Francisco, CA 94111-3339
22                                          Telephone: (415) 956-1000
                                            Facsimile: (415) 956-1008
23                                          E-mail:  rheimann@lchb.com
                                                     efastiff@lchb.com
24                                                   bglackin@lchb.com
                                                     mpilotin@lchb.com

25

26

27

28

Steven E. Fineman (State Bar No. 140335)
Michael J. Miarmi
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail:  sfineman@lchb.com
          mmiarmi@lchb.com

Lowell Haky (State Bar No. 178526)
*Vice President and Associate General Counsel*
THE CHARLES SCHWAB CORPORATION
211 Main Street
San Francisco, CA 94105-1905
Telephone: (415) 667-0622
Facsimile: (415) 667-1638
E-mail:  Lowell.Haky@schwab.com

*Attorneys for Plaintiffs*

PLAINTIFFS' OPPOSITION TO DEFENDANTS'
NOTICE REGARDING RELATED CASE
CASE NO. CV 13-2244 PJH

1112006.1