Richard M. Heimann (State Bar No. 063607)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Marc A. Pilotin (State Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail:  rheimann@lchb.com
         efastiff@lchb.com
         bglackin@lchb.com
         mpilotin@lchb.com

Steven E. Fineman (State Bar No. 140335)
Michael J. Miarmi
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail:  sfineman@lchb.com
         mmiarmi@lchb.com

Lowell Haky (State Bar No. 178526)
*Vice President and Associate General Counsel*
THE CHARLES SCHWAB CORPORATION
211 Main Street
San Francisco, CA 94105-1905
Telephone: (415) 667-0622
Facsimile: (415) 667-1638
E-mail:  Lowell.Haky@schwab.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>                    Defendants. | Case No. CV 13-2244 PJH<br><br>**PROOF OF SERVICE VIA EMAIL**<br><br> The Honorable Phyllis J. Hamilton<br> Courtroom 3, 3rd Floor |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service via email, and that practice is that the documents are attached to an email and sent to the recipient's email account the same day as the date listed on this Proof of Service of the within document(s):

1. PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE REGARDING RELATED CASE;

2. DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE REGARDING RELATED CASE and

3. PROOF OF SERVICE BY EMAIL

on the following parties by email:

[See Attached List]

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 30, 2013, at San Francisco, California.

_____
W. Richard Texier

| | | |
|---|---|---|
| **Defendant** | | |
| **Bank of America Corporation** | represented by | **Neal Alan Potischman**<br>Davis Polk & Wardwell<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>650-752-2000<br>Fax: 650-752-2111<br>Email: neal.potischman@dpw.com |
| | | **Julie Saranow Epley**<br>Davis Polk & Wardwell<br>1600 El Camino Real<br>Menlo Park, CA 94025<br>650-752-2061<br>Email: julie.saranow@dpw.com |
| | | **Robert Frank Wise, Jr**<br>Davis Polk & Wardwell L.L.P.<br>450 Lexington Avenue<br>New York, NY 10017<br>212-450-4000<br>Fax: 212-450-3512<br>Email: rwise@dpw.com |
| **Defendant** | | |
| **Bank of America, N.A.** | represented by | **Neal Alan Potischman**<br>(See above for address) |
| | | **Julie Saranow Epley**<br>(See above for address) |
| **Defendant** | | |
| **Bank of Tokyo-Mitsubishi UFJ Ltd.** | | Christopher Michael Viapiano<br>Sullivan & Cromwell LLP (Washington DC)<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 956-6985<br>Fax: (202) 956-7056<br>Email: viapianoc@sullcrom.com |
| | | Daryl Andrew Libow<br>Sullivan & Cromwell LLP (Washington DC)<br>1701 Pennsylvania Avenue, N.W. |

|  |  |
|---|---|
|  | Washington, DC 20006<br>(220)-956-7650<br>Fax: (220)-293-6330<br>Email: libowd@sullcrom.com |
| **Defendant**<br><br>**Barclays Bank PLC** | Alanna Cyreeta Rutherford<br>Boies, Schiller & Flexner, LLP(NYC)<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br>Fax: (212) 446-2350<br>Email: arutherford@bsfllp.com<br><br>David R. Boyd<br>Boies, Schiller & Flexner LLP (D.C.)<br>5301 Wisconsin Avenue, NW<br>Suite 800<br>Washington, DC 20015<br>(202) 237-2727<br>Fax: (202) 237-6131<br>Email: dboyd@bsfllp.com<br><br>David Harold Braff<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>212-558-4705<br>Fax: 212-558-3333<br>Email: braffd@sullcrom.com<br><br>James Brian Meadows<br>Boies, Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212)-446-2300<br>Fax: (212)-446-2350<br>Email: jmeadows@bsfllp.com<br><br>Jeffrey T. Scott<br>Sullivan and Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212)-558-3082<br>Fax: (212)-558-3588<br>Email: scottj@sullcrom.com<br><br>Jonathan David Schiller<br>Boies Schiller & Flexner LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-23002388x<br>Fax: (212) 446-2350 |

1112087.1

|  |  |  |
|---|---|---|
|  |  | Email: jschiller@bsfllp.com |
|  |  | Joshua Seth Kyle<br>Sullivan & Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212)-558-7860<br>Fax: (212)-291-9367<br>Email: kylej@sullcrom.com |
|  |  | Robert B Silver<br>Boies, Schiller & Flexner<br>LLP(Westchester)<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8207<br>Fax: (914) 749-8300<br>Email: rsilver@bsfllp.com |
|  |  | Yvonne Susan Quinn<br>Sullivan & Cromwell, LLP(NYC)<br>125 Broad Street<br>New York, NY 10004<br>(212)-558-3736<br>Fax: (212)-558-3362<br>Email: quinny@sullcrom.com |
| **Defendant** |  |  |
| **CitiGroup, Inc.** | represented by | **Tammy Albarran**<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 591-6000<br>Fax: (415) 955-6566<br>Email: talbarran@cov.com |
|  |  | **Andrew A. Ruffino**<br>Covington & Burling LLP The New York Times Building 620 Eighth Avenue New York, NY 10018·1405<br>T: 212-841-1097~ F: 212-841-1010<br>aruffino@cov.com |
| **Defendant** |  |  |
| **Citibank, N.A.** | represented by | **Tammy Albarran**<br>(See above for address) |
| **Defendant** |  |  |

1112087.1

| | |
|---|---|
| **Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.** | David R. Gelfand<br>Sean M. Murphy<br> 1 Chase Manhattan Plaza<br> New York, New York 10005-1413<br>(212) 530-5000<br>(212) 530-5219 (facsimile)<br> Email: dgelfand@milbank.com<br> Email: smurphy@milbank.com<br>. |
| **Defendant** | |
| **Credit Suisse Group AG** | Elai E. Katz<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>(212) 701-3000<br>Fax: (212) 269-5420<br>Email: ekatz@cahill.com<br><br>Herbert Scott Washer<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>(212)-701-3000<br>Fax: (212)-269-5420<br>Email: hwasher@cahill.com<br><br>Joel Laurence Kurtzberg<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>212-701-3000<br>Fax: 212-269-5420<br>Email: JKurtzberg@cahill.com |
| **Defendant** | |
| **Deutsche Bank AG** | Andrew Corydon Finch<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Ave. of The Americas<br>New York, NY 10019<br>(212)-373-3640<br>Fax: (212)-492-0460<br>Email: afinch@paulweiss.com<br><br>Moses Silverman<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212.373.3355<br>Fax: 212.492.0355 |

|  |  |
|---|---|
|  | Email: msilverman@paulweiss.com<br><br>Jessica Lillian Brach<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212)-373-3113<br>Fax: (212)-492-0113<br>Email: jbrach@paulweiss.com |
| **Defendant**<br>**HSBC Holdings PLC** | Edwin R Deyoung<br>Locke Lord Bissell & Liddell LLP (NYC)<br>3 World Trade Financial Center,20th Floor<br>New York, NY 10281-2101<br>(212)-812-8356<br>Fax: (212)-740-8800<br>Email: edeyoung@lockelord.com<br><br>Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001<br>(212) 415-8600<br>Fax: (212) 303-2754<br>Email: gcasamento@lockelord.com<br><br>Roger Brian Cowie<br>Locke, Liddell & Sapp, L.L.P.<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201<br>(214) 740-8000<br>Fax: (214)-740-8800<br>Email: rcowie@lockelord.com |
| **Defendant**<br>**HSBC Bank PLC** | Edwin R Deyoung<br>Locke Lord Bissell & Liddell LLP (NYC)<br>3 World Trade Financial Center,20th Floor<br>New York, NY 10281-2101<br>(212)-812-8356<br>Fax: (212)-740-8800<br>Email: edeyoung@lockelord.com<br><br>Gregory Thomas Casamento<br>Locke Lord LLP (NYC)<br>3 World Financial Center, 20th Floor<br>New York, NY 10001<br>(212) 415-8600 |

1112087.1

|  |  |  |
|---|---|---|
|  |  | Fax: (212) 303-2754<br>Email: gcasamento@lockelord.com |
|  |  | Roger Brian Cowie<br>Locke, Liddell & Sapp, L.L.P.<br>2200 Ross Avenue<br>Suite 2200<br>Dallas, TX 75201<br>(214) 740-8000<br>Fax: (214)-740-8800<br>Email: rcowie@lockelord.com |
| **Defendant**<br>**JPMorgan Chase & Co.** | represented by | **Patrick E. King**<br>Simpson Thacher & Barlett LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>650/251-5000<br>Email: pking@stblaw.com<br><br>**Thomas C. Rice**<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue New York., NY 10017-3954<br>T: 212-455-3040<br> F: 212-455-2502<br><br>Email: trice@stblaw.com |
| **Defendant**<br>**JPMorgan Chase Bank,**<br>**National Association** | represented by | **Patrick E. King**<br>(See above for address) |
| **Defendant**<br>**Lloyds Banking Group PLC** |  | Marc J. Gottridge<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com<br><br>Richard A. Williamson<br>Flemming Zulack Williamson Zauderer LLP One Liberty Plaza New York, New |

1112087.1

|  |  |
|---|---|
|  | York 10006-1404<br>T: 212-412-9530; F: 212-964-9200<br>Email: rwilliamson@fzwz.com |
| **Defendant**<br>**HBOS PLC** | Marc J. Gottridge<br>Eric Stock<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, New York 10022<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>marc.gottridge@hoganlovells.com |
| **Defendant**<br>**Royal Bank of Canada** | Arthur W. Hahn<br>Katten Muchin Rosenman, LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br>(312) 902-5241<br>Email: arthur.hahn@kattenlaw.com<br><br>Brian J. Poronsky<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, Il 60661<br>(312) 902-5611<br>Fax: (312) 902-1061<br>Email: brian.poronsky@kattenlaw.com<br><br>Christian T. Kemnitz<br>Katten Muchin Rosenman LLP (Chicago)<br>525 West Monroe Street<br>Chicago, IL 60661<br>(312)-902-5379<br>Fax: (312)-902-1061<br>Email: christian.kemnitz@kattenlaw.com<br>ATTORNEY TO BE NOTICED |
| **Defendant**<br>**Norinchukin Bank** represented by | **Sara B. Brody**<br>Sidley Austin LLP<br>555 Califonia Street<br>San Francisco, CA 94104<br>415-772-1200<br>Fax: 415-772-7400<br>Email: sbrody@sidley.com |

1112087.1

|  |  | **Alan M. Unger**<br>Sidley Austin LLP<br>787 Seventh A venue<br>New York, New York 10019<br>T: 212-839-5785; F: 212-839-5599<br>Email: aunger@sidley.com |
|---|---|---|
| **Defendant**<br>**Royal Bank of Scotland Group PLC** | represented by | **Michael A Mugmon**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>650-858-6000<br>Fax: 650-858-6100<br>Email: michael.mugmon@wilmerhale.com |
|  |  | **Robert Houck**<br>Clifford Chance<br>31 West 52nd Street<br> New York, New York 10019-6131<br>T: 212-878-3224; F: 212-878-8375<br>Email: robert.houck@cliffordchance.com |
| **Defendant**<br>**UBS AG** | represented by | **Joel Steven Sanders**<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-2933<br>415-393-8200<br>Fax: 415-393-8206<br>Email: jsanders@gibsondunn.com |
|  |  | **Peter Sullivan**<br>Gibson Dunn<br>200 Park Avenue<br>New York, NY 10166·0193<br>T: 212-351-5370; F: 212-351-4035<br>Email: psullivan@gibsondunn.com |
| **Defendant** | | |

1112087.1

| | |
|---|---|
| **Portigon AG**<br>*formerly known as*<br>WestLB AG | David H. Stern<br>HUGHES HUBBARD & REED LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442<br>Email: sternd@hugheshubbard.com<br><br>Ethan E. Litwin<br>Hughes Hubbard & Reed LLP One<br>Battery Park Plaza<br>New York, New York 10004-1482<br>Email: litwin@hugheshubbard.com |

1112087.1