Richard M. Heimann (State Bar No. 063607)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Marc A. Pilotin (State Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008
E-mail:   rheimann@lchb.com
              efastiff@lchb.com
              bglackin@lchb.com
              mpilotin@lchb.com

[additional counsel not listed here]

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BANK OF AMERICA CORPORATION, *et al.*,<br><br>Defendants. | Case No. CV 13-2244 PJH<br><br>[Removed from the Superior Court of California, County of San Francisco, Case No. CGC-13-531016]<br><br>ECF Case<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND THE ACTION TO CALIFORNIA STATE COURT**<br><br>Judge:           The Honorable Phyllis J. Hamilton<br>Courtroom:   3, 3rd Floor<br>Hearing Date: July 24, 2013<br>Hearing Time: 9:00 a.m. |

Plaintiffs' Motion to Remand the Action to California State Court was heard by this Court on July 24, 2013.  After considering the parties' papers submitted in connection with this motion, as well as the parties' statements during the July 24, 2013 hearing, and with good cause appearing, the Court **GRANTS** Plaintiffs' motion.

1  Accordingly, this action will immediately be remanded to the Superior Court of
2  California, County of San Francisco, in accordance with 28 U.S.C. § 1447(c).
3  **IT IS SO ORDERED.**

5  Dated: _____, 2013

   _____
   Phyllis J. Hamilton
   United States District Judge