Tammy Albarrán (Bar No. 215605)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-7066
Facsimile: (415) 591-6091
Email: talbarran@cov.com

Attorney for Defendants
CITIGROUP INC.; CITIBANK, N.A.

Additional Counsel Listed on Signature Block

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>Defendants. | Case No.: CV 13-2244-PJH<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND**<br><br>Date: July 24, 2013<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton |

STIPULATION AND PROPOSED ORDER

WHEREAS, on April 29, 2013, Plaintiffs commenced this action in the California State Superior Court for the County of San Francisco;

WHEREAS, on May 16, 2013, Defendants removed this action to this Court;

WHEREAS, on June 17, 2013, Plaintiffs filed a Notice of Motion and Motion to Remand the Action to California State Court (the "Remand Motion") with an accompanying Memorandum of Points and Authorities;

WHEREAS, the Remand Motion was noticed for hearing on Wednesday, July 24, 2013 at 9:00 a.m., and Defendants' opposition is currently due on July 1, 2013; and

WHEREAS, this case includes multiple Defendants, and Defendants would like to ensure that they have ample time to coordinate so they can submit a single opposition memorandum.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. Defendants' opposition memorandum shall be filed on or before July 10, 2013.

2. Plaintiffs' reply memorandum shall be filed on or before July 17, 2013.

3. The current and requested deadlines are set forth below:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| Defendants' Opposition Briefing: | July 1, 2013 | July 10, 2013 |
| Plaintiffs' Reply Briefing: | July 8, 2013 | July 17, 2013 |

The hearing on the motion will proceed on July 24, 2013 at 9:00 am, subject to any change by the Court.

4. The deadline for Plaintiffs to amend their Complaint shall be 30 days after the determination of Plaintiffs' Motion to Remand.

5. The deadline for Defendants to answer or otherwise respond to the Complaint shall be extended until 60 days following the latest of (a) the determination of Plaintiffs' Motion to Remand; (b) the date on which Plaintiffs' file an amended complaint or inform Defendants in writing that they will not be filing an amended complaint; or (c) such other date as may be set by an appropriate court.

IT IS SO STIPULATED.

DATED: June 28, 2013

By: /s/ *Eric B. Fastiff*
Eric B. Fastiff (Bar No. 182260)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

Attorney for Plaintiffs

By: /s/ *Tammy Albarrán*
Tammy Albarrán (Bar No. 215605)
COVINGTON & BURLING LLP

Attorney for Defendants
CITIGROUP, INC.; CITIBANK, N.A.

By: /s/ *Neal A. Potischman*
Neal A. Potischman (Bar No. 254862)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
Tel: (650) 752-2000

Attorney for Defendants
BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.

By: /s/ *Patrick E. King*
Patrick E. King (Bar No. 211975)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  93404
Tel: (650) 251–5000

Attorney for Defendants
JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.

By: /s/ *David H. Stern*
David H. Stern (Bar No. 196408)
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442
Tel: (213) 613-2800

Attorney for Defendant
PORTIGON AG (formerly known as WESTLB AG)

3

STIPULATION AND PROPOSED ORDER

By: /s/ Michael Mugmon
Michael Mugmon (Bar No. 251958)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000

Attorney for Defendant
THE ROYAL BANK OF SCOTLAND GROUP PLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2013              _____
                                              Hon. Phyllis J. Hamilton

                                              UNITED STATES DISTRICT JUDGE

## ECF CERTIFICATION

I, Tammy Albarrán, am the ECF User whose identification and password are being used to file this Stipulation And Proposed Order Modifying Hearing Date And Briefing Schedule For Plaintiff's Motion To Remand. In compliance with General Order 45.X.B, I hereby attest that Eric B. Fastiff, counsel for Plaintiffs; Neal A. Potischman, counsel for defendants Bank of America Corporation and Bank of America, N.A.; Patrick E. King, counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; David H. Stern, counsel for defendant Portigon AG(formerly known as WestLB AG); and Michael Mugmon, counsel for defendant The Royal Bank of Scotlan PLC, have concurred in this filing.

DATED:  June 28, 2013                              COVINGTON & BURLING LLP

By:   */s/ Tammy Albarrán*
      Tammy Albarrán (Bar No. 215605)

Attorney for Defendants
CITIGROUP, INC.; CITIBANK, N.A