Megan Dixon (Cal. Bar No. 162895)
Hogan Lovells US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
Email: megan.dixon@hoganlovells.com

*Attorney for Defendants*
*Lloyds Banking Group plc and HBOS plc*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST, | CIVIL CASE NO.: 4:13-cv-02244-PJH<br><br>**NOTICE OF APPEARANCE** |

Plaintiff,

v.

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISENBOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS

1   BANKING GROUP PLC; HBOSPLC;
    ROYALBANK OF CANADA; THE
2   NORINCHUKIN BANK; THE ROYAL
    BANK OF SCOTLAND GROUP PLC;
3   UBS AG; PORTIGON AG (f/k/a WESTLB
    AG); and WESTDEUTSCHE
4   IMMOBILIENBANK AG,

5                   Defendant.

6

7           PLEASE TAKE NOTICE that Hogan Lovells US LLP, by Megan Dixon, hereby enters its

8   appearance as counsel in the above-captioned action for and on behalf of defendants HBOS plc and Lloyds

9   Banking Group plc. The undersigned is a member of the State Bar of California and admitted to practice in

10  the Northern District of California.

11          Please serve undersigned counsel with all pleadings and notices in this action.

12

13  Date: July 1, 2013                          HOGAN LOVELLS US LLP
    San Francisco, California
14

15                                      By:        /s/ Megan Dixon
                                               Megan Dixon (Cal. Bar No. 162895)
16                                             Hogan Lovells US LLP
                                               3 Embarcadero Center, Suite 1500
17                                             San Francisco, California 94111
                                               Telephone: (415) 374-2300
18                                             Facsimile: (415) 374-2499
                                               Email: megan.dixon@hoganlovells.com
19
                                               *Attorney for Defendants*
20                                             *Lloyds Banking Group plc and HBOS plc*

21

22

23

24

25

26

27

28

                                        - 2 -

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on June 28 2013, I caused the foregoing to be electronically filed with

3  the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system,

4

5  which will send a notice of electronic filing to all parties registered with the CM/ECF system in

the above-captioned matter.

6

7  Dated: July 1, 2013                        _____/s/ Megan Dixon_____
                                           Megan Dixon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28