| | |
|---|---|
| 1 | Tammy Albarrán (Bar No. 215605) |
| | COVINGTON & BURLING LLP |
| 2 | One Front Street, 35th Floor |
| | San Francisco, California  94111 |
| 3 | Telephone:    (415) 591-7066 |
| | Facsimile:    (415) 591-6091 |
| 4 | Email:         talbarran@cov.com |

Attorney for Defendants
CITIGROUP INC.; CITIBANK, N.A.

Additional Counsel Listed on Signature Block

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, et al., | Case No.: CV 13-2244-PJH |
| Plaintiffs, | **STIPULATION AND** ~~PROPOSED~~ **ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REMAND** ; AS MODIFIED |
| v. | |
| BANK OF AMERICA CORPORATION, et al., | Date:   July 24, 2013 |
| | Time:   9:00 a.m. |
| Defendants. | Dept:   Courtroom 3, 3rd Floor |
| | Judge:  Hon. Phyllis J. Hamilton |

STIPULATION AND PROPOSED ORDER

WHEREAS, on April 29, 2013, Plaintiffs commenced this action in the California State Superior Court for the County of San Francisco;

WHEREAS, on May 16, 2013, Defendants removed this action to this Court;

WHEREAS, on June 17, 2013, Plaintiffs filed a Notice of Motion and Motion to Remand the Action to California State Court (the "Remand Motion") with an accompanying Memorandum of Points and Authorities;

WHEREAS, the Remand Motion was noticed for hearing on Wednesday, July 24, 2013 at 9:00 a.m., and Defendants' opposition is currently due on July 1, 2013; and

WHEREAS, this case includes multiple Defendants, and Defendants would like to ensure that they have ample time to coordinate so they can submit a single opposition memorandum.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. Defendants' opposition memorandum shall be filed on or before July 10, 2013.

2. Plaintiffs' reply memorandum shall be filed on or before July 17, 2013.

3. The current and requested deadlines are set forth below:

|  | Current Deadline | Stipulated Deadline |
|---|---|---|
| Defendants' Opposition Briefing: | July 1, 2013 | July 10, 2013 |
| Plaintiffs' Reply Briefing: | July 8, 2013 | July 17, 2013 |

The hearing on the motion will proceed on July ~~24~~ 31, 2013 at 9:00 am, subject to any change by the Court.

4. The deadline for Plaintiffs to amend their Complaint shall be 30 days after the determination of Plaintiffs' Motion to Remand.

5. The deadline for Defendants to answer or otherwise respond to the Complaint shall be extended until 60 days following the latest of (a) the determination of Plaintiffs' Motion to Remand; (b) the date on which Plaintiffs' file an amended complaint or inform Defendants in writing that they will not be filing an amended complaint; or (c) such other date as may be set by an appropriate court.

2

STIPULATION AND PROPOSED ORDER

1    IT IS SO STIPULATED.

2

3    DATED: June 28, 2013

4                                          By:   */s/ Eric B. Fastiff*
                                                 Eric B. Fastiff (Bar No. 182260)
5                                                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

6                                                Attorney for Plaintiffs

7

8                                          By:   */s/ Tammy Albarrán*
                                                 Tammy Albarrán (Bar No. 215605)
9                                                COVINGTON & BURLING LLP

10                                               Attorney for Defendants
                                                 CITIGROUP, INC.; CITIBANK, N.A.
11

12                                         By:   */s/ Neal A. Potischman*
                                                 Neal A. Potischman (Bar No. 254862)
13                                               DAVIS POLK & WARDWELL LLP
                                                 1600 El Camino Real
14                                               Menlo Park, CA  94025
                                                 Tel: (650) 752-2000
15
                                                 Attorney for Defendants
16                                               BANK OF AMERICA CORPORATION; BANK OF
                                                 AMERICA, N.A.
17

18                                         By:   */s/ Patrick E. King*
                                                 Patrick E. King (Bar No. 211975)
19                                               SIMPSON THACHER & BARTLETT LLP
                                                 2475 Hanover Street
20                                               Palo Alto, CA  93404
                                                 Tel: (650) 251–5000
21
                                                 Attorney for Defendants
22                                               JPMORGAN CHASE & CO.; JPMORGAN CHASE
                                                 BANK, N.A.
23

24                                         By:   */s/ David H. Stern*
                                                 David H. Stern (Bar No. 196408)
25                                               HUGHES HUBBARD & REED LLP
                                                 350 South Grand Avenue
26                                               Los Angeles, CA  90071-3442
                                                 Tel: (213) 613-2800
27
                                                 Attorney for Defendant
28                                               PORTIGON AG (formerly known as WESTLB AG)

3

STIPULATION AND PROPOSED ORDER

1
2  By: /s/ Michael Mugmon
   Michael Mugmon (Bar No. 251958)
3  WILMER CUTLER PICKERING HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, CA 94304
5  Tel: (650) 858-6000

6  Attorney for Defendant
   THE ROYAL BANK OF SCOTLAND GROUP PLC
7
8
9
10
11 PURSUANT TO STIPULATION, IT IS SO ORDERED.
12 DATED: July 2, 2013
13                                              _____
14                                              Hon. Phyllis J. Hamilton
                                                UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

STIPULATION AND PROPOSED ORDER

## ECF CERTIFICATION

I, Tammy Albarrán, am the ECF User whose identification and password are being used to file this Stipulation And Proposed Order Modifying Hearing Date And Briefing Schedule For Plaintiff's Motion To Remand.  In compliance with General Order 45.X.B, I hereby attest that Eric B. Fastiff, counsel for Plaintiffs; Neal A. Potischman, counsel for defendants Bank of America Corporation and Bank of America, N.A.; Patrick E. King, counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.; David H. Stern, counsel for defendant Portigon AG(formerly known as WestLB AG); and Michael Mugmon, counsel for defendant The Royal Bank of Scotlan PLC, have concurred in this filing.

DATED:  June 28, 2013                COVINGTON & BURLING LLP

                                     By:  */s/ Tammy Albarrán*
                                          Tammy Albarrán (Bar No. 215605)

                                     Attorney for Defendants
                                     CITIGROUP, INC.; CITIBANK, N.A