| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MILBANK, TWEED, HADLEY & McCLOY LLP<br>Delilah Vinzon (Bar No. 222681)<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063<br>dvinzon@milbank.com<br><br>*Attorney for Defendant*<br>Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOSPLC; ROYALBANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>    Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
CASE NO. CV-13-2244 PJH

1

1     PLEASE TAKE NOTICE of the appearance of DELILAH VINZON of the law firm Milbank, Tweed, Hadley & McCloy LLP as counsel of record on behalf of Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., defendant in the above-captioned matter. The undersigned is a member of the State Bar of California and is admitted to practice in the Northern District of California.

    Please serve undersigned counsel with all pleadings and notices in this action.

DATED: July 10, 2013                        MILBANK, TWEED, HADLEY & MCCLOY LLP

By:  /s/ Delilah Vinzon
      Delilah Vinzon (Bar No. 222681)
      601 South Figueroa Street, 30th Floor
      Los Angeles, California 90017
      Tel: (213) 892-4000
      Facsimile: (213) 629-5063
      dvinzon@milbank.com

*Attorney for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*