| | |
|---|---|
| MILBANK, TWEED, HADLEY & McCLOY LLP<br>Delilah Vinzon (Bar No. 222681)<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063<br>dvinzon@milbank.com<br><br>*Attorney for Defendant*<br>*Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>            Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOSPLC; ROYALBANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>            Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.** |

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. – CASE NO. CV-13-2244 PJH

1

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-16 of the Northern District of California, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") hereby files this Corporate Disclosure Statement and Certification of Interested Entities or Persons.

Rabobank has no parent corporation and no publicly held corporation owns 10% or more of Rabobank.

Accordingly, pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED: July 10, 2013  MILBANK, TWEED, HADLEY & MCCLOY LLP

By:  /s/ Delilah Vinzon
Delilah Vinzon (Bar No. 222681)
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Tel: (213) 892-4000
Facsimile: (213) 629-5063
dvinzon@milbank.com

*Attorney for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. – CASE NO. CV-13-2244 PJH

2