| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Adam S. Paris (Bar No. 190693)<br>SULLIVAN &CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California  90067-1725<br>Telephone:     (310) 712-6663<br>Facsimile:     (310) 712-8800<br>Email:          parisa@sullcrom.com<br><br>Attorney for Defendant<br>BARCLAYS BANK PLC |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES  SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>                         Plaintiffs,<br><br>                    v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>                              Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**NOTICE OF APPEARANCE OF ADAM S. PARIS** |

PLEASE TAKE NOTICE of the appearance of Adam S. Paris of the firm Sullivan & Cromwell LLP as counsel of record on behalf of Defendant Barclays Bank PLC in the above-captioned matter. The undersigned is a member of the State Bar of California and is admitted to practice in the Northern District of California.

Please serve the undersigned counsel with all pleadings and notices in this action.

| | | |
|---|---|---|
| DATED: July 11, 2013 | By: | /s/ *Adam S. Paris* |

Adam S. Paris (Bar No. 190693)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:     (310) 712-6663
Facsimile:      (310) 712-8800
Email:           parisa@sullcrom.com

Attorney for Defendant
BARCLAYS BANK PLC