Adam S. Paris (Bar No. 190693)
SULLIVAN &CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:     (310) 712-6663
Facsimile:     (310) 712-8800
Email:         parisa@sullcrom.com

Attorney for Defendant
BARCLAYS BANK PLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES  SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB  SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST, | Civil Case No. CV-13-2244 PJH<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT BARCLAYS BANK PLC** |
| Plaintiffs, | |
| v. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16 of the Northern District of California, Defendant Barclays Bank PLC, by and through the undersigned counsel, certifies as follows:

Barclays Bank PLC is a wholly owned subsidiary of Barclays PLC, which is a publicly held corporation, and no other publicly traded company owns 10% or more of Barclays Bank PLC's stock.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

As stated above, Barclays Bank PLC is wholly owned by Barclays PLC. Barclays Bank PLC is unaware of any other person or entity with a financial or other interest that could be substantially affected by the outcome of the proceeding.

These representations are made to the Court to evaluate possible disqualification or recusal.

DATED: July 11, 2013      By:      _/s/ Adam S. Paris_

Adam S. Paris (Bar No. 190693)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:     (310) 712-6663
Facsimile:      (310) 712-8800
Email:        parisa@sullcrom.com

Attorney for Defendant
BARCLAYS BANK PLC