Adam S. Paris (Bar No. 190693)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:   (310) 712-6663
Facsimile:    (310) 712-8800
Email:         parisa@sullcrom.com

Attorney for Defendant
BARCLAYS BANK PLC

Additional Counsel Listed on Signature Block

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>                              Plaintiffs,<br><br>            v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOS PLC; ROYAL BANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>                              Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**JOINDER IN OPPOSING DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>Date:   July 31, 2013<br>Time:   9:00 a.m.<br>Dept:    Courtroom 3, 3rd Floor<br>Judge:  Hon. Phyllis J. Hamilton |

Defendants The Bank of Tokyo-Mitsubishi UFJ, Ltd., Barclays Bank PLC, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Lloyds Banking Group PLC, HBOS PLC, The Norinchukin Bank, and UBS AG (collectively, the "Joining Defendants"), by their undersigned counsel, without waiving any rights, objections or defenses (including, for the avoidance of doubt, lack of service and lack of personal jurisdiction), respectfully join Defendants Bank of America Corporation, Bank of America, N.A., Citigroup, Inc., Citibank, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., Portigon AG (formerly known as WestLB AG), and the Royal Bank of Scotland Group PLC (collectively, the "Opposing Defendants"), in their opposition to Plaintiffs' motion to remand this action to state court. The Joining Defendants agree with and incorporate by reference herein all of the arguments set forth in the Opposing Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Remand, filed on July 10, 2013.

DATED: July 11, 2013    By:   /s/ *Adam S. Paris*
                              Adam S. Paris (Bar No. 190693)
                              SULLIVAN & CROMWELL LLP

                              Attorney for Defendant
                              BARCLAYS BANK PLC


                        By:   /s/ *Michael H. Steinberg*
                              Michael H. Steinberg (Bar No. 134179)
                              SULLIVAN & CROMWELL LLP
                              1888 Century Park East
                              Los Angeles, California  90067-1725
                              Tel: (310) 712-6670

                              Attorney for Defendant
                              THE BANK OF TOKYO-MITSUBISHI
                              UFJ, LTD.

| | | |
|---|---|---|
| By: | /s/ *Delilah Vinzon* | |

Delilah Vinzon (Bar No. 222681)
MILBANK TWEED HADLEY &
MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017
Tel: (213) 892-4000

Attorney for Defendant
COÖPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.

By:   /s/ *Megan Dixon*

Megan Dixon (Bar No. 162895)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California  94111
Tel: (415) 374-2300

Attorney for Defendants
LLOYDS BANKING GROUP PLC;
HBOS PLC

By:   /s/ *Sara B. Brody*

Sara B. Brody (Bar No. 130222)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Tel: (415) 772-1200

Attorney for Defendant
THE NORINCHUKIN BANK

By:   /s/ *Joel S. Sanders*

Peter Sullivan (Bar No. 101428)
Joel S. Sanders (Bar No. 107234)
GIBSON DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA  94105-0921
Tel: (415) 393-8200

Attorney for Defendant
UBS AG

Of Counsel:

Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
libowd@sullcrom.com
viapianoc@sullcrom.com
Tel: (202) 956-7500

Attorneys for Defendant
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.


David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com
Tel: (212) 558-4000

Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
jschiller@bsfllp.com
Tel: (212) 446-2300

Attorneys for Defendant
BARCLAYS BANK PLC

| | |
|---|---|
| 1 | David R. Gelfand |
| 2 | Sean M. Murphy |
|   | MILBANK TWEED HADLEY & McCLOY LLP |
| 3 | One Chase Manhattan Plaza |
|   | New York, New York 10005 |
| 4 | dgelfand@milbank.com |
|   | smurphy@milbank.com |
| 5 | Tel: (212) 530-5000 |

Attorneys for Defendant
COÖPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A.

Marc J. Gottridge
Lisa J. Fried
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com
Tel: (212) 918-3000

Attorneys for Defendants
LLOYDS BANKING GROUP PLC; HBOS PLC

Andrew W. Stern
Alan M. Unger
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
astern@sidley.com
aunger@sidley.com
ncrowell@sidley.com
Tel: (212) 839-5300

Attorneys for Defendant
THE NORINCHUKIN BANK

JOINDER IN OPPOSING DEFENDANTS' MEM. IN OPP. TO
PLAINTIFFS' MOTION TO REMAND; CASE NO. CV-13-2244 PJH

4

Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
lzweifach@gibsondunn.com
Tel: (212) 351-4000

Attorney for
DEFENDANT UBS AG

### ECF CERTIFICATION

I, Adam S. Paris, am the ECF User whose identification and password are being used to file this Joinder in Opposing Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion To Remand. In compliance with General Order 45.X.B, I hereby attest that Michael H. Steinberg, counsel for defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd.; Delilah Vinzon, counsel for defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.; Megan Dixon, counsel for defendants Lloyds Banking Group PLC and HBOS PLC; Sara B. Brody, counsel for the Norinchukin Bank; and Joel S. Sanders, counsel for defendant UBS AG, have concurred in this filing.

DATED: July 11, 2013          By:     /s/ *Adam S. Paris*
                                      Adam S. Paris (Bar No. 190693)
                                      SULLIVAN & CROMWELL LLP

                                      Attorney for Defendant
                                      BARCLAYS BANK PLC