Michael H. Steinberg (Bar No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800
Email:         steinbergm@sullcrom.com

Attorney for Defendant
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>             Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOSPLC; ROYALBANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>             Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance of Michael H. Steinberg of the law firm Sullivan & Cromwell LLP as counsel of record for Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. in this action.  Please serve undersigned counsel with all pleadings and notices in this action.

DATED:  July 12, 2013              By:        /s/ *Michael H. Steinberg*
                                              Michael H. Steinberg (Bar No. 134179)
                                              SULLIVAN & CROMWELL LLP
                                              1888 Century Park East
                                              Los Angeles, California 90067-1725
                                              Telephone:  (650) 461-5600
                                              Facsimile:   (650) 461-5700
                                              Email:  steinbergm@sullcrom.com

                                              *Attorney for Defendant*
                                              *The Bank of Tokyo-Mitsubishi UFJ, Ltd.*