Michael H. Steinberg (Bar No. 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: steinbergm@sullcrom.com

Attorney for Defendant
THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST,<br>　　　　　　　　Plaintiffs,<br><br>　　　　　　　　v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; LLOYDS BANKING GROUP PLC; HBOSPLC; ROYALBANK OF CANADA; THE NORINCHUKIN BANK; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; PORTIGON AG (f/k/a WESTLB AG); and WESTDEUTSCHE IMMOBILIENBANK AG,<br>　　　　　　　　Defendants. | Civil Case No. CV-13-2244 PJH<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16 of the Northern District of California, Defendant The Bank of Tokyo-Mitsubishi UFJ, Ltd. hereby files this Disclosure Statement and Certification of Interested Entities or Persons.

The Bank of Tokyo-Mitsubishi UFJ, Ltd. ("BTMU") is a wholly owned subsidiary of Mitsubishi UFJ Financial Group, Inc. ("MUFG"). MUFG is a publicly held corporation; no publicly held company owns 10% or more of MUFG's stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that MUFG, as the sole owner of BTMU, (i) has a financial interest in the subject matter in controversy or in a party to the proceeding, and (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. BTMU is unaware of any other person or entity with a financial or other interest that could be substantially affected by the outcome of the proceeding.

DATED: July 12, 2013        By:     /s/ *Michael H. Steinberg*
                                    Michael H. Steinberg (Bar No. 134179)
                                    SULLIVAN & CROMWELL LLP
                                    1888 Century Park East
                                    Los Angeles, California 90067-1725
                                    Telephone: (650) 461-5600
                                    Facsimile:  (650) 461-5700
                                    Email: steinbergm@sullcrom.com

                                    *Attorney for Defendant*
                                    *The Bank of Tokyo-Mitsubishi UFJ, Ltd.*

FEDERAL RULE OF CIVIL PROCEDURE 7.1
DISCLOSURE STATEMENT AND CIVIL LOCAL
RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS; CASE NO. CV-13-2244 PJH

1