| | |
|---|---|
| 1 | DAVID H. STERN, State Bar No: 196408 |
| | Sternd@hugheshubbard.com |
| 2 | HUGHES HUBBARD AND REED LLP |
| | 350 South Grand Avenue |
| 3 | Los Angeles, CA 90071-3442 |
| | Telephone: (213) 613-2800 |
| 4 | Facsimile: (213) 613-2950 |
| | Email: sternd@hugheshubbard.com |
| 5 | |
| | Attorneys For Defendant |
| 6 | Portigon AG (f/k/a WestLB AG) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | THE CHARLES SCHWAB CORPORATION; CHARLES SCHWAB BANK, N.A.; CHARLES SCHWAB & CO., INC.; SCHWAB SHORT-TERM BOND MARKET FUND; SCHWAB TOTAL BOND MARKET FUND; SCHWAB U.S. DOLLAR LIQUID ASSETS FUND; SCHWAB MONEY MARKET FUND; SCHWAB VALUE ADVANTAGE MONEY FUND; SCHWAB RETIREMENT ADVANTAGE MONEY FUND; SCHWAB INVESTOR MONEY FUND; SCHWAB CASH RESERVES; SCHWAB ADVISOR CASH RESERVES; SCHWAB YIELDPLUS FUND; and SCHWAB YIELDPLUS FUND LIQUIDATION TRUST, | CASE NO. 4:13-CV-02244-PJH |
| | | **NOTICE OF APPEARANCE OF DAVID H. STERN** |
| 21 | Plaintiffs, | |
| 22 | vs. | |
| 23 | BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANK OF TOKYO-MITSUBISHI UFJ LTD.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK, N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; HSBC BANK PLC; | |

---

NOTICE OF APPEARANCE OF DAVID H. STERN

62348086_1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | JPMORGAN CHASE & CO.;<br>JPMORGAN CHASE BANK,<br>NATIONAL ASSOCIATION;<br>LLOYDS BANKING GROUP PLC;<br>HBOS PLC; ROYAL BANK OF<br>CANADA; THE NORINCHUKIN<br>BANK; THE ROYAL BANK OF<br>SCOTLAND GROUP PLC; UBS AG;<br>PORTIGON AG (f/k/a WESTLB AG);<br>and WESTDEUTSCHE<br>IMMOBILIENBANK AG,<br><br>                          Defendants. |

PLEASE TAKE NOTICE that DAVID H. STERN of the law firm of Hughes Hubbard & Reed LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Portigon AG (formerly known as WestLB AG), a defendant in the above-captioned matter, and requests that copies of all papers and notices in the above-captioned action be served on the undersigned at the address stated above.[1]

DATED:  July 29, 2013          DAVID H. STERN
                               HUGHES HUBBARD & REED LLP


                               By: /s/  David H. Stern
                                        David H. Stern

                                   Attorney For Defendant
                                 Portigon AG (f/k/a WestLB AG)

---

[1] In filing this Notice of Appearance, Portigon AG does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.