United States District Court
For the Northern District of California

1

2

3         UNITED STATES DISTRICT COURT

4         NORTHERN DISTRICT OF CALIFORNIA

5

6
THE CHARLES SCHWAB CORP.,
7  et al.,

8                 Plaintiffs,                    No. C 13-2244 PJH

9          v.                          **ORDER DEFERRING RULING
                                        ON MOTION TO REMAND AND
10  BANK OF AMERICA CORP., et al.,      VACATING HEARING**

11                Defendants.
    _____/
12

13         Before the court is plaintiffs' motion to remand, currently set for hearing on July 31,

14  2013.  The court notes that this action is subject to a conditional transfer order issued by

15  the Judicial Panel on Multidistrict Litigation ("JPML") on June 4, 2013.  Plaintiffs have filed a

16  motion to vacate the transfer order, and the JPML is expected to issue a ruling after its

17  September 26, 2013 hearing date.  Given the JPML's anticipated ruling, this court opts to

18  defer ruling on plaintiffs' motion to remand, and hereby VACATES the July 31 hearing date.

19  If the case is transferred, then the transferee court in the Southern District of New York will

20  rule on plaintiffs' remand motion.  If the conditional transfer order is vacated, then this court

21  will set a new hearing date for plaintiffs' motion.

22         **IT IS SO ORDERED.**

23  Dated:  July 29, 2013

24                                       _____
                                         PHYLLIS J. HAMILTON
25                                       United States District Judge

26

27

28