IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | CIVIL CASE NO.: 13-cv-02244 PJH <br><br> [~~PROPOSED~~] ORDER ON JOINT STIPULATION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE <br><br> The Honorable Phyllis J. Hamilton <br> Courtroom 3, 3rd Floor |

PURSUANT TO THE PARTIES' STIPULATION SUBMITTED ON AUGUST 5, 2013, IT IS ORDERED that the Case Management Conference and the filing of a Joint Statement are postponed *sine die*.

**IT IS SO ORDERED**

Dated: August 7, 2013



_____
PHYLLIS J. HAMILTON
United States District Judge

JOINT STIPULATION TO POSTPONE INITIAL
CASE MANAGEMENT CONFERENCE
CASE NO. CV 13-2244 PJH